# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TARACEVICZ<br><br>PLAINTIFF(S)<br><br>v.<br><br>PRUDENT FIDUCIARY SERVICES, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−09615−GW−JEM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 12/17/2021 | 16 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The date and signature line must be left blank.

*Other Error(s):*

Separate attachments should clearly identify which sections of the summons the attachments belong to

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: December 20, 2021        By: /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                             Deputy Clerk

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –