AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| STEVEN TARACEVICZ, on behalf of himself, the WESTERN GLOBAL AIRLINES, INC. EMPLOYEE STOCK OWNERSHIP PLAN, and all other similarly situated individuals<br>*Plaintiff(s)*<br>v.<br>PRUDENT FIDUCIARY SERVICES, LLC, MIGUEL PAREDES, WESTERN GLOBAL AIRLINES, INC., (See attachment #1)<br>*Defendant(s)* | Civil Action No. 2:21-cv-09615-GW-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Prudent Fiduciary Services, LLC
C/o Miguel Paredes
100 N. Barranca St., Suite 870
West Covina, CA 91791

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Peter Stris
Stris & Maher LLP
777 S. Figueroa Street, Suite 3850
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-09615-GW-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **STRIS & MAHER LLP**<br>PETER K. STRIS (SBN 216226)<br>pstris@stris.com<br>RACHANA A. PATHAK (SBN 218521)<br>rpathak@stris.com<br>DOUGLAS D. GEYSER (SBN 314342)<br>dgeyser@stris.com<br>JOHN STOKES (SBN 310847)<br>jstokes@stris.com<br>777 South Figueroa Street, Suite 3850<br>Los Angeles, CA 90017<br>T: (213) 995-6800 \| F: (213) 261-0299<br><br>TILLMAN J. BRECKENRIDGE<br>(*pro hac vice* forthcoming)<br>1717 K Street Northwest, Suite 900<br>Washington, DC 20006<br>(202) 800-6030<br>tbreckenridge@stris.com | **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>MICHELLE C. YAU<br>(*pro hac vice* forthcoming)<br>myau@cohenmilstein.com<br>MARY J. BORTSCHELLER<br>(*pro hac vice* forthcoming)<br>mbortscheller@cohenmilstein.com<br>DANIEL R. SUTTER<br>(*pro hac vice* forthcoming)<br>dsutter@cohenmilstein.com<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>(202) 408-4600 |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

**JURY TRIAL DEMANDED**

| | |
|---|---|
| STEVEN TARACEVICZ, on behalf of himself, the WESTERN GLOBAL AIRLINES, INC. EMPLOYEE STOCK OWNERSHIP PLAN, and all other similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>PRUDENT FIDUCIARY SERVICES, LLC, MIGUEL PAREDES, WESTERN GLOBAL AIRLINES, INC., THE BOARD OF DIRECTORS OF WESTERN GLOBAL AIRLINES, INC., JAMES K. NEFF, CARMIT P. NEFF, and JOHN and JANE DOES 1 to 5,<br><br>    Defendants. | Case No. 2:21-cv-9615<br><br>**CLASS ACTION COMPLAINT** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*Steven Taracevicz, et al. v. Prudent Fiduciary Services, LLC, et al.*
Case No. 2:21-cv-09615-GW-JEM

Attachment #2 to Summons

**DEFENDANTS TO BE SERVED:**

Prudent Fiduciary Services, LLC
C/o Miguel Paredes
100 N. Barranca St., Suite 870
West Covina, CA 91791

Miguel Paredes
100 N. Barranca St., Suite 870
West Covina, CA 91791

Western Global Airlines, Inc.
C/o Corporate Creations Network Inc. (C2250455)
801 US Highway 1
North Palm Beach, FL 33408

The Board of Directors of Western Global Airlines, Inc.
C/o Corporate Creations Network Inc. (C2250455)
801 US Highway 1
North Palm Beach, FL 33408

James K. Neff
7892 Fisher Island Drive
Miami Beach, FL 33109

Carmit P. Neff
7892 Fisher Island Drive
Miami Beach, FL 33109