**STRIS & MAHER LLP**
PETER K. STRIS (SBN 216226)
pstris@stris.com
RACHANA A. PATHAK (SBN 218521)
rpathak@stris.com
DOUGLAS D. GEYSER (SBN 314342)
dgeyser@stris.com
JOHN STOKES (SBN 310847)
jstokes@stris.com
777 South Figueroa Street, Suite 3850
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

TILLMAN J. BRECKENRIDGE
(*pro hac vice*)
1717 K Street Northwest, Suite 900
Washington, DC 20006
(202) 800-6030
tbreckenridge@stris.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
MICHELLE C. YAU
(*pro hac vice*)
myau@cohenmilstein.com
MARY J. BORTSCHELLER
(*pro hac vice*)
mbortscheller@cohenmilstein.com
DANIEL R. SUTTER
(*pro hac vice*)
dsutter@cohenmilstein.com
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Steven Taracevicz, on behalf of himself, the Western Global Airlines, Inc. Employee Stock Ownership Plan, and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>Prudent Fiduciary Services, LLC, Miguel Paredes, Western Global Airlines, Inc., the Board of Directors of Western Global Airlines, Inc., James K. Neff, Carmit P. Neff, and John and Jane Does 1 to 5,<br><br>Defendants. | Case No. 2:21-cv-9615<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>The Honorable George H. Wu |

Notice of Voluntary Dismissal Without Prejudice

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff Steven Taracevicz voluntarily dismisses the above-captioned action without prejudice.

Dated:  February 24, 2022

Respectfully submitted,

/s/ Peter K. Stris
Peter K. Stris
**STRIS & MAHER LLP**
777 S. Figueroa St., Suite 3850
Los Angeles, CA 90017
(213) 995-6800
pstris@stris.com

Tillman J. Breckenridge (*pro hac vice*)
1717 K Street Northwest, Suite 900
Washington, DC  20006
(202) 800-6030
tbreckenridge@stris.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (*pro hac vice*)
Mary J. Bortscheller (*pro hac vice*)
Daniel R. Sutter (*pro hac vice*)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
dsutter@cohenmilstein.com

Attorneys for Plaintiff